**Order entered December 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01180-CV

### IN RE M.A.A.

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 01-09-843**

## ORDER
Before Justices Lang, Brown, and Whitehill

The Court has before it appellant Sherry Rhodes' December 12, 2016 motion to reconsider our November 15, 2016 order denying her request for a second extension of time to file a motion for rehearing. We **GRANT** Sherry Rhodes' motion to reconsider, **WITHDRAW** our November 15, 2016 order, **GRANT** Rhodes' motion requesting a second extension of time to file a motion for rehearing, and **ORDER** the motion for rehearing she tendered on November 10, 2016 filed as of that date.

We **DENY** Rhodes' motion for rehearing.

/Ada Brown/
ADA BROWN
JUSTICE